IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES LYNCH,<br><br>                      *Plaintiff,*<br><br>   v.<br><br>TASTY BAKING COMPANY d/b/a TASTY CAKE, et al.,<br><br>                      *Defendants.* | CIVIL ACTION<br>NO. 23–4445 |

## **ORDER**

**AND NOW**, this 6th day of March 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), Lynch's Response (ECF No. 10), and Defendants' Reply (ECF No. 11), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. It is further **ORDERED** that:

1. Counts I, III–VIII and X–XI against Tasty Cake are **DISMISSED** without prejudice.

2. Counts I, VII, VIII, X and XI against Amber Beattie, Jack Garrett and Christine Johnston are **DISMISSED** without prejudice.

3. Count I against Hayley Angeline is **DISMISSED** without prejudice.

4. Counts VII, VIII, X and XI against Hayley Angeline are **DISMISSED** with prejudice.

5. The portion of Count II claiming race discrimination under Title VII against Tasty Cake is **DISMISSED** without prejudice; and

6. The portion of Count IX claiming race, color and disability discrimination under the Philadelphia Fair Practices Ordinance against Tasty Cake is **DISMISSED** without prejudice.

7. Lynch shall file his amended complaint on or before **March 20, 2024.**

BY THE COURT:

_/s/ Gerald J. Pappert_

Gerald J. Pappert, J.