IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Lynch,<br><br>   *Plaintiff,*<br><br> v.<br><br>Tasty Baking Company d/b/a Tasty Cake<br><br>et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 23-4445 |

## ORDER

**AND NOW**, this 18th day of October 2024, upon consideration of Defendant Tasty Baking Company's Motion for Sanctions (ECF No. 31) and its supplemental filing (ECF No. 37), and after holding a hearing on the motion (ECF No. 33), it is **ORDERED** that the Motion is **GRANTED in part**.

Plaintiff's Counsel Seth Carson shall, on or before **Monday, November 18, 2024**, submit payment to Defendant for its reasonable attorneys' fees in the amount of **$32,756.92** by delivering a cashier's check or money order payable to Tasty Baking Company, care of Clark Whitney, Esq., 1735 Market Street, Suite 3000, Philadelphia, PA 19103.

              BY THE COURT:

              */s/ Gerald J. Pappert*
              Gerald J. Pappert, J.